**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

| | |
|---|---|
| DONNA WITT,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>TFS SURGICAL (US), INC.; TFS MANUFACTURING PTY. LTD; and JOHN DOE CORPORATIONS 1-20,<br><br>　　　　　　Defendants. | Civil No. 16-1042 (JRT/BRT)<br><br>**ORDER ON REPORT AND RECOMMENDATION** |

　　Charles J. Lloyd, Esq., Joseph J. Triscaro, **LIVGARD & LLOYD, PLLP**, 2520 University Avenue SE, Suite 202, Minneapolis, MN 55414 for plaintiff.

　　Kelly P. Magnus, and Tammy M. Reno, **STICH, ANGELL, KREIDLER, UNKE & SCATTERGOOD P.A.**, 250 Second Avenue South, Suite 120, Minneapolis, MN 55401, for defendants.

　　Magistrate Judge Becky R. Thorson filed a Report and Recommendation on July 12, 2017. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

　　**IT IS HEREBY ORDERED** that:

　　1.　　Defendants' Motion to Dismiss (Doc. No. 12) is **DENIED WITHOUT PREJUDICE**; and

2. Plaintiff may, within three days of receiving this Order, serve up to five interrogatories on Defendants focused on the subject of personal jurisdiction over TFS Manufacturing.

Dated: July 31, 2017            s/John R. Tunheim
at Minneapolis, Minnesota     JOHN R. TUNHEIM
                                        Chief Judge
                                        United States District Court